dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-302-CV

WILLOW PARK BAPTIST CHURCH,      APPELLANTS

JERRY D. TOWLES AND LLOYD CARLISLE 

V.

BRADLEY WELLS CORPORATION D/B/A APPELLEE

NEEDHAM RE-ROOFING 

----------

FROM THE 43
RD
 DISTRICT COURT OF PARKER COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellants' “Dismissal Of Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Appellants shall pay all costs of this appeal, for which let execution issue. 

PER CURIAM 

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: May 27, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.